UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DAVID HOLLAND, an individual,

                    Plaintiff,

            v.

SAN JUAN COUNTY SHERIFF'S
DEPARTMENT,

                    Defendant.

NO. 2:19-cv-00740

**ORDER TO EXTEND PRETRIAL
DEADLINES**

**ORDER**

The Court, having reviewed the records and files herein, and the stipulation of the parties

(Dkt. #17), and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that

the following pretrial deadlines are amended as follows:

| Event | New Deadline |
|---|---|
| Reports for Expert Witnesses | January 17, 2020 |
| Discovery Completed By | March 13, 2020 |
| Settlement Conference | March 13, 2020 |
| Dispositive Motions | March 19, 2020 |

ORDER TO EXTEND DEADLINE FOR COMBINED
JOINT STATUS REPORT AND DISCOVERY PLAN – 1

All other case management deadlines and the trial date remain unchanged. IT IS SO

ORDERED.


Dated this 9th day of December, 2019.


_MW S Lasnik_
Robert S. Lasnik
United States District Judge